UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS BARONIO CASTANEDA APONTE,<br><br>    Petitioner,<br><br> v.<br><br>WASHINGTON IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Respondents. | Case No. C25-2144-BHS-MLP<br><br>ORDER FOR SERVICE, § 2241 PETITION |

On October 24, 2025, Petitioner's fiancé filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on his behalf. (Dkt. # 1.) On November 26, 2025, through counsel, Petitioner filed a motion to amend and proposed amended petition, challenging his re-detention by U.S. Immigration and Customs Enforcement ("ICE") as unlawful. (Dkt. # 7.) Pursuant to Federal Rule of Civil Procedure 15(a)(1), a party may amend its pleading once as a matter of course within 21 days of serving it or within 21 days of service of a response. Here, Petitioner's § 2241 habeas petition has not yet been served nor responded to. Petitioner's motion to amend (dkt. # 7) is therefore STRICKEN as moot, and the Clerk is directed to enter the proposed amended petition

(dkt. # 7) as the operative pleading. Having reviewed the amended petition, the Court further ORDERS as follows:

(1) If not previously accomplished, electronic posting of this Order and Petitioner's § 2241 habeas petition shall effect service upon the United States Attorney of the petition and all supporting documents. Service upon the United States Attorney is deemed to be service upon the named Respondents.

(2) On or before **December 15, 2025**, Respondents shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, Respondents shall submit a memorandum of authorities in support of their position, and should state whether an evidentiary hearing is necessary. Petitioner may file and serve a response to the return no later than **December 19, 2025**. Respondents may file and serve a reply no later than **December 23, 2025**, and the Clerk shall note the matter as ready for the Court's consideration on **December 23, 2025**.

(3) The parties have a right to consent to have the case heard by the undersigned Magistrate Judge. Consent is voluntary. Counsel for the parties are directed to indicate whether they consent or decline consent by no later than **December 15, 2025**, by emailing Deputy Tim Farrell at tim_farrell@wawd.uscourts.gov. If the parties consent, the undersigned Magistrate Judge will preside over the entire case through judgment. If the parties decline, the case will remain assigned to the Honorable Benjamin H. Settle and referred to the undersigned Magistrate Judge

(4) If Petitioner's custody status changes at any point during this litigation, **Respondents shall file a status update with the Court as soon as possible and no later than 14 days after the change.**

ORDER FOR SERVICE, § 2241 PETITION - 2

(5)     Respondents shall provide Petitioner(s) and Petitioner(s)' counsel in this habeas action at least 48 hours' notice (or 72 hours' notice if the period extends into a weekend, holiday, or date the Court is closed) prior to any action to move or transfer any Petitioner(s) from the Western District of Washington or to remove them from the United States.

(6)     The Clerk is directed to send copies of this order to Petitioner, to all counsel of record, and to the Honorable Benjamin H. Settle.

Dated this 8th day of December, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER FOR SERVICE, § 2241 PETITION - 3