UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS BARONIO CASTANEDA APONTE,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>WASHINGTON IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>　　　　　　　Respondents. | Case No. C25-2144-BHS-MLP<br><br>ORDER |

　　　　Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

　　　　(1)　　The Court ADOPTS the Report and Recommendation.

　　　　(2)　　Petitioner's federal habeas petition (dkt. # 14) is GRANTED. Respondents are ORDERED to immediately release Petitioner, and are prohibited from redetaining him without adequate notice of the reasons for redetention and a meaningful opportunity to respond to those reasons.

ORDER - 1

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this __ day of [Pick the date].

                                                                                 _____
                                                                                 Benjamin H. Settle
                                                                                 United States District Judge

ORDER - 2