# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS BARONIO CASTANEDA APONTE,<br><br>      Petitioner,<br><br>v.<br><br>WASHINGTON IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>      Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C25-2144-BHS-MLP |

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

 THE COURT HAS ORDERED THAT

The Report and Recommendation is adopted and approved. Petitioner's federal habeas petition (dkt. # 14) is GRANTED. Respondents are ORDERED to immediately release Petitioner, and are prohibited from redetaining him without adequate notice of the reasons for redetention and a meaningful opportunity to respond to those reasons.

 Dated this \_\_ day of _____, 202\_.

                Ravi Subramanian_____
                Clerk of Court

                s/_____
                Deputy Clerk