UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS BARONIO CASTANEDA APONTE,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>WASHINGTON IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　　　　Respondents. | CASE NO. C25-2144JLR<br><br>ORDER |

## I.　INTRODUCTION

Before the court is United States Magistrate Judge Michelle L. Peterson's December 29, 2025, report and recommendation, in which she recommends that the court grant Petitioner Carlos Baronio Castaneda Aponte's amended habeas petition, ordering Mr. Castaneda Aponte's immediate release, and prohibiting Respondents from redetaining him without adequate reasons for redetention and a meaningful opportunity to

respond to those reasons. (R&R (Dkt. # 21); Am. Pet. (Dkt. # 14).) Respondents did not file objections. (*See generally* Dkt.) The court has considered the report and recommendation, the relevant portions of the record, and the governing law. Being fully advised, the court ADOPTS Magistrate Judge Peterson's report and recommendation, GRANTS Mr. Castaneda Aponte's amended habeas petition, and ORDERS Respondents to immediately release Mr. Castaneda Aponte, and are prohibited from redetaining him without adequate notice of the reasons for redetention and a meaningful opportunity to respond to those reasons.

## II.    BACKGROUND

The factual background has been fully set forth in Magistrate Judge Peterson's report and recommendation and need not be restated here. (*See* R&R at 2.)

## III.    ANALYSIS

A district court has jurisdiction to review a magistrate judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis added).

Objections have not been filed in the instant matter. (*See generally* Dkt.) The court has carefully reviewed the report and recommendation and, on de novo review,

agrees with Magistrate Judge Peterson's recommendations. Therefore, the court ADOPTS Magistrate Judge Peterson's report and recommendation in full.

## IV.  CONCLUSION

For the foregoing reasons, the court ADOPTS Magistrate Judge Peterson's report and recommendation (Dkt. # 21). Accordingly, the court ORDERS as follows:

1. Mr. Castaneda Aponte's petition for a writ of habeas corpus (Dkt. # 14) is GRANTED.

2. Respondents are ORDERED to immediately release Mr. Castaneda Aponte, and are prohibited from redetaining him without adequate notice of the reasons for redetention and a meaningful opportunity to respond to those reasons.

3. The Clerk is DIRECTED to send copies of this order to the parties and to Magistrate Judge Peterson.

Dated this 14th day of January, 2026.

JAMES L. ROBART
United States District Judge