## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS BARONIO CASTANEDA APONTE,<br><br>               Petitioner,<br><br>v.<br><br>WASHINGTON IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>               Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C25-2144JLR |

\_\_\_    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X     **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

     The Report and Recommendation is adopted and approved. Petitioner's petition for writ of habeas corpus (Dkt. # 14) is GRANTED. Respondents are ORDERED to immediately release Petitioner, and are prohibited from redetaining him without adequate notice of the reasons for redetention and a meaningful opportunity to respond to those reasons.

Filed this  14th  day of January, 2026.

                                                JOSHUA C. LEWIS
                                                Clerk of Court

                                                s/ Ashleigh Drecktrah
                                                Deputy Clerk